**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-1772-ZLW-MJW

JEANETTE E. ARAGON,

    Plaintiff,

vs.

COLORADO DEPARTMENT OF CORRECTIONS,
JOE ORTIZ, in his official capacity as Executive Director
    of the Colorado Department of Corrections,

    Defendants.
_____

**ORDER RE: ORDER TO SHOW CAUSE**
_____

    THIS MATTER comes before the Court on Plaintiff's *Response to Order to Show Cause*, filed on November 3, 2005.

    IT IS HEREBY ORDERED that the Court's *Order to Show Cause* is vacated and the matter will move forward.

    DATED this  9  day of  November , 2005.

                      BY THE COURT:

                      s/ Zita L. Weinshienk

                      _____
                      U.S. District Court Judge Zita L. Weinshienk