# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE STATE OF COLORADO

Civil Action No. 05-cv-01772-ZLW-MJW

JEANETTE E. ARAGON,

       Plaintiff,

vs.

COLORADO DEPARTMENT OF CORRECTIONS,
JOE ORTIZ, in his official capacity as Executive Director
of the Colorado Department of Corrections,

       Defendants.

_____

ORDER RE: UNOPPOSED MOTION TO VACATE SETTLEMENT CONFERENCE
_____

This matter is before the Court on Plaintiff's *Unopposed Motion to Vacate Settlement Conference* presently scheduled for May 10, 2006. The parties have conferred regarding this motion and it is

HEREBY ORDERED that the Settlement Conference scheduled for May 10, 2006 is hereby vacated and rescheduled for July 14, 2006, at 10:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Settlement statements shall be submitted to the court five (5) business days prior to the settlement conference date, in compliance with the newly established case management electronic case filing instructions.

DATED this 3rd Day of May, 2006.

                              BY THE COURT:

                              s/Michael J. Watanabe
                              MICHAEL J. WATANABE
                              U.S. Magistrate Judge