IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-1772-ZLW-MJW

JEANETTE E. ARAGON,

    Plaintiffs,

v.

COLORADO DEPARTMENT OF CORRECTIONS, and
JOE ORTIZ, in his official capacity as Executive Director of the Colorado Department of Corrections,

    Defendants.

## ORDER

In consideration of the Minute Order entered on August 2, 2006, by Magistrate Judge Michael J. Watanabe, it is

ORDERED that this case is held in abeyance pending the filing of settlement papers.  It is

FURTHER ORDERED that settlement papers shall be filed on or before August 22, 2006.  If by that date settlement papers have not been received by the Court, on August 29, 2006, the case will be dismissed without prejudice.

DATED at Denver, Colorado, this   2   day of August, 2006.

                BY THE COURT:

                _____
                ZITA L. WEINSHIENK, Senior Judge
                United States District Court