**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No. 05-CV-01772-ZLW-MJW

JEANETTE E. ARAGON,

      Plaintiff,

vs.

COLORADO DEPARTMENT OF CORRECTIONS, and
JOE ORTIZ, in his official capacity as Executive Director of the Colorado Department of Corrections,

      Defendants.

**MINUTE ORDER**

      It is hereby ORDERED that the Consented Motion to Vacate Settlement Conference, filed with the Court on September 26, 2006, (DN 32), is GRANTED. Based upon the settlement of this case, the Settlement Conference set on September 26, 2006, at 1:30 p.m., is VACATED.

      It is FURTHER ORDERED that the parties shall file their stipulated motion for dismissal to the court on or before October 6, 2006.

Date:  September 26, 2006