IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 05-cv-1772-ZLW-MJW

JEANETTE E. ARAGON,

      Plaintiffs,

v.

COLORADO DEPARTMENT OF CORRECTIONS, and
JOE ORTIZ, in his official capacity as Executive Director of the Colorado Department of Corrections,

      Defendants.

## ORDER

In consideration of the Minute Order entered on September 26, 2006, by Magistrate Judge Michael J. Watanabe, it is

ORDERED that this case is held in abeyance pending the filing of settlement papers. It is

FURTHER ORDERED that settlement papers shall be filed on or before October 6, 2006. If by that date settlement papers have not been received by the Court, on October 13, 2006, the case will be dismissed without prejudice.

DATED at Denver, Colorado, this   27   day of September, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court