IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-1772-ZLW-MJW

JEANETTE E. ARAGON,

    Plaintiffs,

v.

COLORADO DEPARTMENT OF CORRECTIONS, and
JOE ORTIZ, in his official capacity as Executive Director of the Colorado Department of Corrections,

    Defendants.

_____

ORDER OF DISMISSAL
_____

    The matter before the Court is a Stipulated Motion To Dismiss With Prejudice, signed by the attorneys for the parties hereto.  In consideration thereof, it is

    ORDERED that the Stipulated Motion To Dismiss With Prejudice is granted.  It is

    FURTHER ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own costs and attorneys' fees.

    DATED at Denver, Colorado, this  12  day of October, 2006.

    BY THE COURT:

    *[signature: Zita L. Weinshienk]*
    _____
    ZITA L. WEINSHIENK,  Senior Judge
    United States District Court